LUCY PATRON, Respondent, v. 112 EAST 111TH STREET CORP., Appellant.

No satisfactory reason was offered to justify the delay of 27 months in prosecuting the action. This inordinate delay cannot be excused because of settlement discussion. (See *Krell* v. *Pelham Syndicate*, 14 A D 2d 845, and cases cited therein.) Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.